AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| MICHAEL DELFON GREGORY, JR | ) | 3 16 70675 MAG |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 29-31, 2016__ in the county of __San Francisco__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 641 | Theft of United States Property<br>Maximum Penalties: 10 years' imprisonment, $250,000 fine or twice the value of the property; 3 years' supervised release; $100 special assessment. |
| 21 U.S.C. Section 841(a)(1) | Possession with Intent to Distribute Controlled Substances<br>Maximum Penalties: 20 years' imprisonment, $1,000,000 fine; lifetime supervised release with 3 years' min. S.R.; $100 special assessmen |

This criminal complaint is based on these facts:

Please see the attached affidavit of FBI Special Agent Donovan McKendrick.
(Approved as to form _____ AUSA Kevin J. Barry)

☑ Continued on the attached sheet.

_____
Complainant's signature

Donovan McKendrick, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 6/1/16

_____
Judge's signature

City and state: San Francisco, CA

Nandor J. Vadas, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT

I, Donovan McKendrick, Special Agent with the Federal Bureau of Investigation (FBI) being duly sworn, hereby depose and state as follows:

## I.   INTRODUCTION

### A.   Purpose of the Affidavit

1. I submit this affidavit in support of a criminal Complaint and arrest warrant for MICHAEL DELFON GREGORY, JR. There is probable cause that GREGORY stole a thing of value of the United States and of any department or any agency thereof, in violation of 18 U.S.C. § 641, and that he possessed cocaine with intent to distribute in violation of 21 U.S.C. § 841(a)(1).

### B.   Agent Background

2. I am an investigative or law enforcement officer of the United States, within the meaning of 18 U.S.C. § 2510(7), and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

3. I am a Special Agent with the FBI and have been so employed since December, 2014. I successfully completed 21 weeks of New Agent Training at the FBI Academy in Quantico, Virginia in December 2014. During that time, I received training in physical surveillance, legal statutes and procedures, financial investigations, money laundering techniques, asset identification, forfeiture and seizure, confidential source management, and electronic surveillance techniques, including Title III monitoring. Prior to my employment with the FBI, I worked at the San Mateo County Sheriff's Office, where I supported numerous major drug investigations in Northern California involving the violation of federal and state laws, including crimes concerning the distribution of controlled substances and the laundering of monetary instruments. As part of the Homeland Security Unit, I also supervised the cyber unit and supported numerous cyber-related criminal investigations.

4. I am currently assigned to the San Francisco Field Office investigating organized crime. As part of these and other investigations, I have been involved in analyzing, collecting, and reviewing social media content and criminal histories, and I have participated in several interviews, surveillances,

1

1  and execution of search and arrest warrants.

2      5.   My duties are to investigate violations of federal law, including crimes involving the sale
3  and distribution of narcotic substances, and illegal possession of firearms.

4      6.   This affidavit is intended to show merely that there is sufficient probable cause for the
5  requested Complaint and arrest warrant and does not set forth all of my knowledge about this matter.

6  **II.   APPLICABLE LAW**

7      7.   Title 18, United States Code, Section 641 makes it a crime for any person to embezzle,
8  steal, purloin, or knowingly convert to his use or the use of another, or without authority, or to sell,
9  convey, or dispose of any record, voucher, money, or thing of value of the United States or of any
10 department or agency thereof, or any property made or being made under contract for the United States
11 or any department or agency thereof.

12     8.   Title 21, United States Code, Section 841(a)(1) makes it a crime for any person
13 knowingly or intentionally to manufacture, distribute, or dispense, or possess with intent to manufacture,
14 distribute, or dispense, a controlled substance.

15 **III.  STATEMENT OF PROBABLE CAUSE**

16     **A.   Incident Background**

17     9.   On May 29, 2016, an unknown suspect ("suspect") broke the right rear passenger
18 window of the vehicle of an FBI Special Agent and stole numerous items from his car, including a black
19 bag which contained the Special Agent's firearm, an FBI badge with credentials, and a government
20 issued cellular telephone.

21     10.  Agents reviewed video from a security camera where the theft took place and observed
22 the following:

23     11.  On May 29, 2016, the victim parked his car – a blue Honda Pilot – directly in front of
24 555 Pierce Street, San Francisco, CA at approximately 12:14 p.m.

25     12.  That same day, at approximately 12:28 p.m., a black Lexus four-door sedan with
26 California license plate 5AIU670 (the "suspect vehicle"), driven by a single, heavy-set black male
27 wearing a white T-Shirt, a black baseball cap, and dark color pants (the "suspect"), drove southbound
28 down Pierce Street and pulled alongside the victim's vehicle.

2

13. After a momentary pause, the suspect drove past the victim's vehicle and then reversed into the southern-most driveway belonging to 555 Pierce Street San Francisco, CA.

14. The suspect then exited the driver's side of the vehicle carrying a black jacket, walked up to the victim's vehicle, and smashed in the right-rear window of the car. The suspect then pulled out two backpacks, which he then threw into the black Lexus through the open driver's side door. One of the backpacks contained the Special Agent's firearm, an FBI badge with credentials, and a government issued cellular telephone.

15. The suspect then entered the black Lexus sedan and departed northbound on Pierce Street toward Alamo Square park. At the intersection of Pierce Street and Hayes Street, the suspect took a right onto Hayes Street, driving eastbound.

**B.  Identification of GREGORY as a Suspect for the Vehicle Theft**

16. According to public records, the California license plate 5AIU670 belongs to a 2003 four-door Lexus, with the registered owner as B.D.

17. FBI Special Agents then conducted database checks to determine where B.D. and the suspect vehicle were located, and they coordinated with the San Francisco Police Department ("SFPD").

18. SFPD provided the FBI with incident report # 160188152, which described a traffic stop of the suspect vehicle on March 4, 2016, for expired registration. SFPD identified the driver of the vehicle as MICHAEL GREGORY and the passenger as M.S.

19. M.S. was released without incident, but GREGORY was arrested for an outstanding $5,000 warrant issued out of the Burlingame Police Department for a controlled substance violation.

20. During a subsequent search of the suspect vehicle, SFPD found a wallet with a driver's license bearing B.D.'s name on it, the aforementioned registered owner of the suspect vehicle.

21. GREGORY explained that the car belonged to his girlfriend, B.D. This claim was later confirmed by SFPD with a prior incident report (# 150793870) in which GREGORY and B.D. were detained together.

22. According to GREGORY's California Driver's License, he is 5'8 and heavyset at 200 pounds, matching the description of the above-described suspect.

23. GREGORY's California Driver's license lists his address as 1832 Keith Street, San

Francisco, CA 94124. In addition, GREGORY's criminal history indicates that this is his mailing address, and multiple San Francisco Police Department Person, Incident, and Field Interview Reports connect GREGORY with 1832 Keith Street.

24. During surveillance of 1832 Keith Street in San Francisco, at approximately 4:30 a.m. on May 31, 2016, FBI SA Vanderporten and I observed the suspect vehicle – a black 2003 four-door Lexus sedan with California license plate 5AIU670 – parked in the driveway of 1832 Keith Street, with the front of the vehicle facing the street.

### C. Execution of a Search Warrant for 1832 Keith Street

25. On May 31, 2016, based in part on the facts listed above, the Hon. Elizabeth D. Laporte of the Northern District of California issued a warrant to search the premises of 1832 Keith Street in San Francisco and the black Lexus with California license plate 5AIU670.

26. While agents were conducting pre-operational surveillance of the property prior to the execution of the search warrant, GREGORY and B.D. entered the black Lexus and began to drive away from the residence. B.D. was driving and GREGORY was in the passenger seat. The FBI and SFPD conducted a traffic stop of the car, detained B.D. and GREGORY, and froze the inside of the car until the search warrant was signed. Once the warrant was signed, agents entered the residence to conduct the search, and they searched the vehicle.

27. During the search of the residence, agents contacted GREGORY's grandmother M.G., who identified GREGORY's bedroom on the ground-floor of the residence.

28. During the search, agents discovered the stolen firearm – a Glock 27 model, .40 caliber pistol, serial number #RHS985 – underneath a mattress in the room identified by M.G. as belonging to GREGORY. This firearm had been issued to an FBI Special Agent to perform his official duties. Agents also found numerous gift cards and a Chase bank debit card in the name of a third person. When searching GREGORY's person, agents also found small pieces of safety glass in his pockets, likely from broken car windows.

29. Further, during a search of the black Lexus, agents discovered two baggies of a white powder that presumptively tested positive as cocaine in a compartment on the driver's side of the car. The combined net weight of the cocaine powder was approximately 5.4 grams. Agents also found a

scale hidden within the center console. Within the residence at 1832 Keith Street, agents found another scale in the room identified by M.G. as belonging to GREGORY, the same room where they found the stolen firearm, and they seized over $1,400 in cash from GREGORY's person. Based on my training and experience, as well as consultation with other agents, those who traffic in controlled substances can use such scales to measure the amounts of drugs that they are distributing to others, and they often have significant quantities of cash on hand as proceeds from sales.

30. GREGORY's criminal history shows a number of arrests for controlled substance offenses, but no convictions, and those arrests were for possession offenses, with no quantity specified: Cal. H&S Code § 11370.1(a) (possession of *any amount* of certain controlled substances while armed); Cal. H&S Code § 11357(a) (possession of *any* concentrated cannabis); Cal. H&S Code § 11350(a) (possession of controlled substances).

31. Based on my training and experience, as well as consultation with other agents, the combination of multiple bags of cocaine powder, the presence of a scale in the car where the cocaine was found and a second scale in GREGORY's room, and fact that GREGORY was carrying a substantial amount of cash on his person provides probable cause that the cocaine agents found was possessed with the intent to distribute it.

## IV. CONCLUSION

32. Based on the information provided in this affidavit, there is probable cause to believe that MICHAEL DELFON GREGORY, JR. stole property of the United States, in violation of 18 U.S.C. § 641, and possessed cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1).

Donovan McKendrick
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this ___ day of June, 2016.

NANDOR J. VADAS
United States Magistrate Judge

5