1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Office of Hanlon & Rief
   1663 Mission St, Suite 200
3  San Francisco, CA 94103

4  Attorney for Defendant
   MICHAEL GREGORY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MJ-16-70675 MAG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ~~PROPOSED~~** |
| ) | **ORDER TO CONTINUE ARRAIGNMENT/** |
| ) | **PRELIMINARY HEARING** |
| MICHAEL GREGORY, ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled arraignment and preliminary hearing for July 1st, 20146 at 9:30 a.m. be continued to July 13th, 2016 at 9:30 a.m.

Defendant continues to waive time for his arraignment and preliminary hearing in this matter.


Dated: June 30, 2016         /s/
                             SARA RIEF
                             Attorney for Defendant
                             MICHAEL GREGORY

Dated: June 30, 2016         /s/
                             KEVIN BARRY
                             Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 30, 2016

_____
Hon. Magistrate Judge Maria-Elena James